

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2021

No. 04-21-00153-CR

Tina Denise Hood **RYAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1039-CR-C
Honorable William D. Old III, Judge Presiding

# O R D E R

On May 13, 2021, the court reporter filed a Notification of Late Record stating they received an email from the appellant's counsel indicating that the appellant wishes to dismiss the appeal. Therefore, it is **ORDERED** that either (1) a motion to dismiss in compliance with Texas Rule of Appellate Procedure 42.2(a) or (2) written proof that the appellant has paid for the record or requested the record be filed **on or before May 31, 2021.** *See* Tex. R. App. P. 42.2(a).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court